UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**WILLIAM DOUGLAS FARLEY**                                                                                   **PLAINTIFF**

vs.                                                                   **CIVIL ACTION NO.  3:15CV-693-CRS**

**GGNSC LOUISVILLE HILLCREEK, LLC**                                                             **DEFENDANT**

**ORDER**

Counsel having filed an Agreed Order to Arbitrate Claims Against GGNSC Hillcreek (DN 7),

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Arbitration (DN 5) is **DENIED as moot**.

Dated:   August 27, 2015

Charles R. Simpson III, Senior Judge
United States District Court

Cc:  Counsel of Record